

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2022

No. 04-22-00173-CV

**IN RE KATE SOULSBY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On March 7, 2022, the trial court held a hearing resulting in the disqualification of the Relator as the attorney of record for a party in the underlying proceeding (the "March 7 hearing"). On March 25, 2022, the Relator filed a petition for writ of mandamus complaining of an order that resulted from the hearing conducted on March 7, 2022. Relator also filed a motion asking this court to stay the underlying proceedings. On March 23, 2022, the trial court denied Relator's motion for reconsideration (the "March 23 hearing"). The Respondent ordered a three-day special setting to begin on March 28, 2022, at 8:30 a.m. for Temporary Orders and Motion to Strike Intervention.

An exhibit identified as the Judges' Notes and attached to the petition indicates the trial court ordered, "Kate Soulsby shall be disqualified from representing any party contrary to mom's interest in the case and is prohibited from conferring with any subsequent attorneys on the matter."

We ORDER Relator to file, **no later than April 4, 2022** the reporter's record from the March 23, 2022 hearing.

We GRANT the motion for temporary emergency relief. Further proceedings in the trial court are STAYED pending further order of this court.

It is so **ORDERED** on March 25, 2022.

---

[1] This proceeding arises out of Cause No. 2019-CI-23835, styled *In The Interest of E.R.S., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez presided over the issue in this proceeding.